THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN M. KATHER,<br><br>                    Plaintiff,<br><br>        v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                    Defendant. | NO. CV06-0161RSL<br><br>STIPULATION AND ORDER RE: BRIEFING SCHEDULE TO RESOLVE ISSUE PERTAINING TO PLAINTIFF'S BENEFIT LEVEL |

## I.   BACKGROUND

This is an ERISA action for long-term disability benefits brought by plaintiff John Kather against Sun Life Assurance Company.  In the course of discussing settlement of the case, the parties discovered a discrepancy concerning the amount of benefits due Mr. Kather if he is determined to be disabled.  In short, and without waiver to either party's position, the policy issued by Sun Life appears to limit payments for disability to 65% of Mr. Kather's pre-disability earnings, while certain documents appear to indicate that Mr. Kather may have been eligible for benefits at a 75% of pre-disability earnings level.

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE TO RESOLVE ISSUE PERTAINING
TO PLAINTIFF'S BENEFIT LEVEL– 1
[Case No. CV06-0161RSL]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

The plaintiff subpoenaed his former employer in an effort to resolve the discrepancy. The parties submitted three stipulations to the Court extending the time to add additional parties pending receipt of the information for the employer. The employer responded to the subpoena, but the discrepancy still exists. The parties wish to stipulate to a process to resolve this discrete issue.

## II.  STIPULATION

Plaintiff Kather and Defendant Sun Life Assurance Company of Canada hereby stipulate to the following:

1. On September 15, 2006 each party will file a brief, no longer than 12 pages in length, addressing the question of whether Sun Life Assurance Company is responsible for benefit payments at 65% or 75% of predisability earnings (if Mr. Kather is determined to be disabled as defined in the Plan).

2. On September 21, 2006 either party may file a responsive brief, no longer than 6 pages in length.

3. The issue will be noted for September 21, 2006.

4. Mr. Kather shall be permitted to amend his complaint to add third parties to the action if the Court determines either (1) that Sun Life is not responsible for payments at the 75% benefit level (if Mr. Kather is determined to be disabled), or (2) that the issue cannot be resolved as a matter of law due to the presence of fact issues. Such amendment shall occur within seven days of any such Order.

SIRIANNI YOUTZ
MEIER & SPOONEMORE

Dated: August 3, 2006.

_/s/ Richard E. Spoonemore_
Richard E. Spoonemore (WSBA #21833)
Attorneys for Plaintiff Kather

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE TO RESOLVE ISSUE PERTAINING
TO PLAINTIFF'S BENEFIT LEVEL– 2
[Case No. CV06-0161RSL]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

LANE POWELL PC

Dated:  August 3, 2006.

*/s/ Robert J. Guite, by Richard E. Spoonemore,*
*per phone authorization 8/3/06*
Robert J. Guite (WSBA #25753)
Attorneys for Defendant Sun Life

## II.  ORDER

Based upon the foregoing Stipulation, it is ordered that:

1.	On September 15, 2006 each party will file a brief, no longer than 12 pages in length, addressing the question of whether Sun Life Assurance Company is responsible for benefit payments at 65% or 75% of pre-disability earnings (if Mr. Kather is determined to be disabled as defined in the Plan).

2.	 On September 21, 2006 either party may file a responsive brief, no longer than 6 pages in length.

3.	The issue will be noted for September 21, 2006.

4.	Mr. Kather shall be permitted to amend his complaint to add third parties to the action if the Court determines either (1) that Sun Life is not responsible for payments at the 75% benefit level (if Mr. Kather is determined to be disabled), or (2) that the issue cannot be resolved as a matter of law due to the presence of fact issues.  Such amendment shall occur within seven days of any such Order.

DATED this 7th day of August, 2006.

_____
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER RE: BRIEFING SCHEDULE TO RESOLVE ISSUE PERTAINING TO PLAINTIFF'S BENEFIT LEVEL– 3
[Case No. CV06-0161RSL]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246